## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**DEBRA FLETCHER**                                                                    **PLAINTIFF**

**VS.**                                                    **CAUSE NO. 1:11CV194LG-JMR**

**GULFSIDE CASINO, INC., doing**
**business as Island View Casino Resort**                                **DEFENDANT**

---

### FINAL JUDGMENT OF DISMISSAL

This matter having come on to be heard on Defendant's Motion for Summary Judgment, the Court, after review and consideration of the Motion, the record, and the relevant legal authority, finds that, in accord with the Memorandum Opinion and Order entered on this date,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 18th day of June, 2012.


s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE